| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Dawson, Robert T. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>04/28/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>P O Box 1624<br>Fort Smith, AR 72902-1624 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 MAY 10 A 10:43 RECEIVED FINANCIAL DISCLOSURE OFFICE

Dawson, Robert T.

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University | Oct 15, 2009 thru Oct 18, 2009 | San Diego, CA | Education | Hotel and some meals |
| 2. | Rene Cassin Seminar | April 6, 2009 thru April 9, 2009 | Strasbourg, France | Education | Hotel and some meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. TIAA-CREF | C | Interest | M | T | | | | | |
| 2. Enterprise Growth Fund Cl A 215 | A | Dividend | J | T | | | | | |
| 3. Stephens Production Company (oil & gas) | A | Royalty | J | W | | | | | |
| 4. XTO Energy (oil & gas) | A | Royalty | J | W | | | | | |
| 5. Cypress Production (oil & gas) | A | Royalty | J | W | | | | | |
| 6. Tellus Operating (oil & gas) | A | Royalty | J | W | | | | | |
| 7. ACXIOM | A | Dividend | K | T | | | | | |
| 8. Simon Property Group | B | Dividend | K | T | | | | | |
| 9. Alltel Corp Del | B | Dividend | | | Sold | 11/19/09 | J | A | |
| 10. Motorola Inc. | A | Dividend | | | Sold | 12/15/09 | J | A | |
| 11. USA Truck | A | Dividend | J | T | Sold (part) | 03/03/09 | J | A | |
| 12. Arkansas St College Svgs B | B | Interest | K | T | | | | | |
| 13. Arkansas St College Svgs A | B | Interest | K | T | | | | | |
| 14. Cisco Sys Inc. | A | Dividend | J | T | | | | | |
| 15. Coca Cola | A | Dividend | J | T | Sold (part) | 03/09/09 | J | A | |
| 16. Wachovia/Wells Fargo | A | Dividend | J | T | | | | | |
| 17. General Electric | A | Dividend | J | T | Sold (part) | 12/15/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 19. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 03/06/09 | J | A | |
| 20. McDonalds Corp | A | Dividend | J | T | Sold (part) | 03/03/09 | J | C | |
| 21. Southwest Airlines | A | Dividend | J | T | | | | | |
| 22. Chevron Texaco Corp | A | Dividend | J | T | Sold (part) | 10/14/09 | K | A | |
| 23. Intel Corp | A | Dividend | J | T | | | | | |
| 24. Walt Disney | A | Dividend | J | T | | | | | |
| 25. Alcatel-Lucent Technologies | A | Dividend | | | Sold | 07/03/09 | J | A | |
| 26. Sun Microsystems | A | Dividend | J | T | | | | | |
| 27. American Small Cap World | A | Dividend | J | T | | | | | |
| 28. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 29. NASDAQ 100 Unit Trust Series I/Power Shares QQQ | A | Dividend | M | T | | | | | |
| 30. Vanguard 500 Index Fund | A | Dividend | K | T | Sold (part) | 07/01/09 | K | A | |
| 31. Watson Chapel AR School Dist. | A | Interest | | | Matured | 08/17/09 | J | A | |
| 32. Merck & Co. | A | Dividend | J | T | | | | | |
| 33. Univ of Ark | A | Interest | J | T | | | | | |
| 34. Cinergy Corp/Duke Energy | B | Dividend | J | T | Sold (part) | 03/02/09 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ameren Corp | A | Dividend | J | T | Sold (part) | 12/15/09 | J | A | |
| 36. Consolidated Edison | A | Dividend | | | Sold | 01/20/09 | J | A | |
| 37. Bank of Hapoalim NY | A | Interest | | | Matured | 05/26/09 | L | A | |
| 38. Progress Energy Inc. | A | Dividend | J | T | | | | | |
| 39. Pub Svc Ent | A | Dividend | | | Sold | 03/06/09 | J | A | |
| 40. Little River Cty AR Rev. | A | Interest | J | T | | | | | |
| 41. Bank of America | A | Dividend | | | Sold | 12/15/09 | J | A | |
| 42. Entergy Corp | A | Dividend | J | T | | | | | |
| 43. Phoenix Rising/Virtus Growth | A | Dividend | J | T | | | | | |
| 44. Murphy Oil | A | Dividend | J | T | | | | | |
| 45. Bank of America | A | Dividend | J | T | | | | | |
| 46. Ark St Fed Hwy Grant | A | Interest | K | T | | | | | |
| 47. Blackrock Global | A | Interest | J | T | | | | | |
| 48. Windstream/Alltel | A | Dividend | J | T | Sold (part) | 03/03/09 | K | B | |
| 49. Little Rock AR New Pub | A | Interest | J | T | | | | | |
| 50. Amer Funds Cap Inc. | A | Dividend | J | T | | | | | |
| 51. Amer Funds Euro Pacific | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Amer funds Washington Mutual | A | Dividend | J | T | | | | | |
| 53. Janus Worldwide Fund (IRA) | E | Int./Div. | L | T | | | | | |
| 54. Spectra | A | Dividend | J | T | | | | | |
| 55. Goldman Sachs CD | A | Interest | J | T | | | | | |
| 56. Bentonville, AR Sch | A | Interest | K | T | | | | | |
| 57. Hartford Life Ins. Bond | A | Interest | K | T | | | | | |
| 58. Crittenden County Bond | A | Interest | J | T | | | | | |
| 59. Conway AR Sch Bond | A | Interest | J | T | | | | | |
| 60. Nuveen Prem Ins. | A | Interest | J | T | | | | | |
| 61. Kinder Morgan | A | Interest | J | T | | | | | |
| 62. Ark St Higher Educ | A | Interest | K | T | | | | | |
| 63. J P Morgan Chase | A | Interest | J | T | | | | | |
| 64. Hartford Growth bond | A | Interest | J | T | | | | | |
| 65. Fed Kaufman Small Cap | A | Interest | J | T | | | | | |
| 66. Matthews Asia | A | Interest | | | Sold | 04/15/09 | J | A | |
| 67. John Hancock Large Cap | A | Interest | | | Sold | 04/15/09 | J | A | |
| 68. Allianz NFJ | A | Interest | | | Sold | 04/15/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Julius Baer Int'l/Artio Int'l | A | Interest | J | T | | | | | |
| 70. Mutual Discovery | A | Interest | | | Sold | 10/08/09 | J | A | |
| 71. Davis New York | A | Interest | | | Sold | 04/15/09 | J | A | |
| 72. Neuberg & Bermn | A | Interest | J | T | | | | | |
| 73. AIM Int'l | A | Interest | | | Sold | 10/08/09 | J | A | |
| 74. Crocs | A | Interest | J | T | | | | | |
| 75. Hillcrest CD | B | Interest | L | T | | | | | |
| 76. Bank of Rogers CD | B | Interest | | | Matured | 05/06/09 | L | A | |
| 77. Colonial Bank CD | B | Interest | | | Matured | 08/25/09 | L | A | |
| 78. Van Kampen | A | Interest | | | Sold | 02/02/09 | J | A | |
| 79. Buckeye Ohio Bond | A | Interest | J | T | | | | | |
| 80. New York Ciry Bond | A | Interest | J | T | | | | | |
| 81. Bentonville AR Sales | A | Interest | K | T | | | | | |
| 82. Little Rock AR Sewer | A | Interest | J | T | | | | | |
| 83. Baron Partners | A | Interest | J | T | | | | | |
| 84. Cambiar Opp. | A | Int./Div. | J | T | | | | | |
| 85. Ivy Asset | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   DN Lehman Bro CD | A | Interest | K | T | | | | | |
| 87.   General Electric Cap | A | Interest | K | T | | | | | |
| 88.   Verizon | A | Interest | J | T | | | | | |
| 89.   Amer Exp CD | B | Dividend | J | T | | | | | |
| 90.   SunAmerica | A | Dividend | J | T | | | | | |
| 91.   Citigroup 5.125% | C | Interest | L | T | Buy | 09/30/09 | L | | |
| 92.   Franklin Mutual Growth | D | Dividend | J | T | Buy | 11/27/09 | J | | |
| 93.   Third Ave Value Fund | D | Dividend | J | T | Buy | 10/08/09 | J | | |
| 94.   Thornburg Int'l | D | Dividend | J | T | Buy | 10/08/09 | J | | |
| 95.   Baxter County Bond | D | Interest | J | T | Buy | 07/07/09 | J | | |
| 96.   Ark State Univ Rev | D | Interest | J | T | Buy | 07/07/09 | J | | |
| 97.   Beaver Water Bond | D | Interest | J | T | Buy | 01/13/09 | J | | |
| 98.   Little Rock Ark Libr | D | Interest | J | T | Buy | 01/13/09 | J | | |
| 99.   White Hall Bond | D | Interest | J | T | Buy | 10/30/09 | J | | |
| 100. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Dawson, Robert T. | 04/28/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544